```
TRENT GREGORY HAMMER          DEIDRE DANIELLE HAMMER        PAYPAL
44 SUMMERBROOK                44 SUMMERBROOK               P.O. BOX 105658
HATTIESBURG, MS 39402         HATTIESBURG, MS 39402        ATLANTA, GA 30348-5658


THOMAS C. ROLLINS, JR.        DISCOVERCARD                 RENASANT BANK
THE ROLLINS LAW FIRM, PLLC    PO BOX 30939                 411 HWY 80 E
P.O. BOX 13767                SALT LAKE CITY, UT 84130      CLINTON, MS 39056
JACKSON, MS 39236


ADVANCE AMERICA               FORTIVA                      RETAIL PROPERTIES
135 N CHRUCH ST               ATTN: BANKRUPTCY             100 EASTBROOK DR
SPARTANBURG, SC 29306-5138    PO BOX 105555                PETAL, MS 39465
                              ATLANTA, GA 30348


ANOTHER ROUND                 GIGGLE FINANCE               SPECIALTY CAPITAL
1200 E 36TH ST                3250 NE 1ST AVE              60 CUTTER MILL RD #512
CHARLOTTE, NC 28205           MIAMI, FL 33137              GREAT NECK, NY 11021


ASCEND                        INTERNAL REVENUE SERVI       SQUARE FINANCIAL
P.O. BOX 51751                CENTRALIZED INSOLVENCY       4 CHASE METROTECH CENT
LOS ANGELES, CA 90051         P.O. BOX 7346                BROOKLYN, NY 11245
                              PHILADELPHIA, PA 19101-7346


CAPITAL ONE                   INTERNAL REVENUE SERVI       US ATTORNEY GENERAL
ATTN: BANKRUPTCY              C/O US ATTORNEY              US DEPT OF JUSTICE
PO BOX 30285                  501 EAST COURT ST            950 PENNSYLVANIA AVENW
SALT LAKE CITY, UT 84130      STE 4.430                    WASHINGTON, DC 20530-0001
                              JACKSON, MS 39201


CHASE                         LENDUMO
P.O. BOX 6294                 P.O. BOX 542
CAROL STREAM, IL 60197        LAC DU FLAMBE, WI 54538


CHASE AUTO FINANCE            MS DEPT OF REVENUE
ATTN: BANKRUPTCY              BANKRUPTCY SECTION
700 KANSAS LANE               PO BOX 22808
MONROE, LA 71203              JACKSON, MS 39225-2808


COPELAND COOK TAYLOR          NR/SMS/CAL
PO BOX 17619                  PO BOX 10826
HATTIESBURG, MS 39404         GREENVILLE, SC 29603
```