Certificate Number: 15557-MSS-CC-040968821



15557-MSS-CC-040968821

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 12, 2026</u>, at <u>5:57</u> o'clock <u>PM CDT</u>, <u>Trent G. Hammer</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Southern District of Mississippi</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>May 12, 2026</u>              By:      <u>/s/Ann Omiti</u>

                                         Name:  <u>Ann Omiti</u>

                                         Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).