United States Bankruptcy Court
Southern District of Mississippi

In re: Trent Gregory Hammer, Debtor

Case No. 26-51186-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 3
Date Rcvd: Oct 27, 2026 | Form ID: 318 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trent Gregory Hammer, 44 Summerbrook, Hattiesburg, MS 39402-6314 |
| 5700191 | + | Another Round, 1200 E 36th St, Charlotte, NC 28205-1695 |
| 5700192 | + | Ascend, P.O. Box 51751, Los Angeles, CA 90051-6051 |
| 5700196 | + | Copeland Cook Taylor, PO Box 17619, Hattiesburg, MS 39404-7619 |
| 5700197 | + | Deidre Danielle Hammer, 44 Summerbrook, Hattiesburg, MS 39402-6314 |
| 5700207 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 5700208 | + | Retail Properties, 100 Eastbrook Dr, Petal, MS 39465-6009 |
| 5700210 | + | Square Financial, 4 Chase Metrotech Cent, Brooklyn, NY 11245-0003 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Oct 28 2026 03:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 27 2026 23:36:00 | NewRez LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5700190 | + | Email/Text: bnc@teampurpose.com | Oct 27 2026 23:38:00 | Advance America, 135 N Chruch St, Spartanburg, SC 29306-9902 |
| 5700193 | + | EDI: CAPITALONE.COM | Oct 28 2026 03:23:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5714536 | + | EDI: AIS.COM | Oct 28 2026 03:30:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5700194 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:23:00 | Chase, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 5700195 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:23:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5700198 | + | EDI: DISCOVER | Oct 28 2026 03:23:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5700199 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2026 23:36:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5700200 | | Email/Text: legal@gigglefinance.com | Oct 27 2026 23:38:00 | Giggle Finance, 3250 NE 1St Ave, Miami, FL 33137 |
| 5700202 | + | Email/Text: ebone.woods@usdoj.gov | Oct 27 2026 23:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5700201 | | EDI: IRS.COM | Oct 28 2026 03:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5711868 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 27 2026 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5701813 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 27 2026 23:36:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, for NewRez LLC, 1544 Old Alabama Rd, Roswell GA 30076-2102 |
| 5700203 | + | Email/Text: mail@ldf-holdings.com | Oct 27 2026 23:36:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5700204 | | EDI: MSDOR | Oct 28 2026 03:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5700205 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 27 2026 23:36:00 | Nr/sms/cal, Po Box 10826, Greenville, SC 29603-0826 |
| 5700206 | | EDI: SYNC | Oct 28 2026 03:23:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5700209 | + | Email/Text: legal@specialtycapital.com | Oct 27 2026 23:38:00 | Specialty Capital, 60 Cutter Mill Rd #512, Great Neck, NY 11021-3104 |
| 5729353 | + | EDI: AIS.COM | Oct 28 2026 03:30:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5727094 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2026 23:36:00 | The Bank of Missouri d/b/a Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5700211 | ^ | MEBN | Oct 27 2026 23:29:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5701481 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Oct 27 2026 23:42:02 | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta GA 30303 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |

Karen A. Maxcy
on behalf of Creditor NewRez LLC karen.maxcy@mccalla.com
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
on behalf of Debtor Trent Gregory Hammer trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Trent Gregory Hammer** | Social Security number or ITIN | **xxx–xx–5893** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51186–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Trent Gregory Hammer**

Dated: 10/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**